Certificate Number: 14912-VAE-DE-031323997

Bankruptcy Case Number: 18-12376



14912-VAE-DE-031323997

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2018, at 7:29 o'clock PM EDT, Alice Thomas completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:  July 15, 2018            By:    /s/Jai Bhatt

                                Name:  Jai Bhatt

                                Title: Counselor