UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
|     Alice Thomas | * | Case No. 18-12376 |
| | * | (Chapter 13) |
|                  Debtor(s). | * | |
| | * | |

**ORDER EXTENDING THE AUTOMATIC STAY**

Upon the unopposed Motion of the debtor, Alice Thomas, to continue the Automatic Stay as to all creditors for the duration of this Bankruptcy Case No. 18-12376 pursuant to 11 U.S.C. 362(c)(3)(B) having been filed with this Court on July 11, 2018, and after hearing held August 2, 2018 attended by the Debtor and movant's attorney, Edward Gonzalez, Esq., and the Court having found just cause; it is

ORDERED, that the Automatic Stay shall be continued as to all creditors for the duration of this Bankruptcy Case.

Entered: Aug 8 2018

/s/ Klinette Kindred

Klinette H. Kindred
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: August 8, 2018

I ASK FOR THIS:
/s/ Edward Gonzalez
Edward Gonzalez, VA Bar #39882
Counsel for Debtors
2405 Eye Street, NW, Suite 1A
Washington, DC  20037
(202) 822-4970

Copies to:

1. Thomas P. Gorman, Chapter 13 Trustee, 300 N. Washington St. Ste 400, Alexandria, VA  22314
2. US Trustee, 115 South Union Street, Suite 210, Alexandria, VA  22314
3. All creditors in the case
4. Debtor