**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>ALICE THOMAS<br><br>Debtor | Chapter 13<br><br>Case No. 18-12376-KHK |

### OBJECTION TO CONFIRMATION OF MODIFIED PLAN, NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN AND NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Modified Chapter 13 Plan filed September 19, 2018. The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(6)** - Feasibility.
**Violation of 11 U.S.C. §1325(a)(3)** - Good Faith.
**Violation of 11 U.S.C. §1325(b)(1)(B)** - Disposable Income.
- In response to Trustee's prior objection Debtor has dropped the voluntary retirement contributions and the car payment for vehicle to be paid through the Plan which should have increased her net disposable monthly income by $1,178.17, yet has amazingly lowered total Plan funding from $72,720.00 to $35,368.00 in order to keep the Plan at 0%.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail

**Notice of Objection to Confirmation**
Alice Thomas, Case # 18-12376-KHK

your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.  You must mail a copy to the persons listed below.

***Attend the hearing to be held on October 25, 2018 at 9:30 a.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.  A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste, 400
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  _October 11, 2018_____          __/s/Thomas P. Gorman _____
                                        Thomas P. Gorman
                                        Chapter 13 Trustee
                                        300 N. Washington Street, #400
                                        Alexandria, VA 22314
                                        (703) 836-2226
                                        VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 11th day of October, 2018, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Alice Thomas | Edward Gonzalez, P. C. |
| Chapter 13 Debtor | Attorney for Debtor |
| 6516 River Tweed Lane | 2405 I Street, Nw Ste. 1A |
| Alexandria, VA 22312 | Washington, DC 20037 |

                                        __/s/ Thomas P. Gorman_____
                                        Thomas P. Gorman