## UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>ALICE THOMAS<br><br>Debtor | Chapter 13<br><br>Case No. 18-12376-KHK |

### AMENDED MOTION TO DISMISS

Thomas P. Gorman, Chapter 13 Trustee, has filed this amended[1] motion to dismiss your Chapter 13 case. While Debtor has now provided tax returns, Trustee notes that no Plan is pending and asks that the case be dismissed.

Date: __December 11, 2018_____                    __/s/ Thomas P. Gorman_____
                                                                                                                   Thomas P. Gorman
                                                                                                                    Chapter 13 Trustee
                                                                                                                    300 N. Washington Street, #400
                                                                                                                    Alexandria, VA 22314
                                                                                                                    (703) 836-2226
                                                                                                                    VSB 26421

### CERTIFICATE OF SERVICE

I hereby certify that I have this 13th day of December, 2018, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Alice Thomas<br>Chapter 13 Debtor<br>6516 River Tweed Lane<br>Alexandria, VA 22312 | Edward Gonzalez, P. C.<br>Attorney for Debtor<br>2405 I Street, NW Ste. 1A<br>Washington, DC 20037 |

                                                                         ___/s/ Thomas P. Gorman_____
                                                                         Thomas P. Gorman

---

[1] Motion to Dismiss amended to indicate Debtor has provided tax returns but there is no Plan pending.